22810. WARDLAW v. EXECUTIVE COMMITTEE OF THE BAPTIST CONVENTION, etc.

PER CURIAM. The former judgment of this court (47 *Ga. App.* 595, 170 S. E. 830), reversing the judgment of the trial court, having been reversed by the Supreme Court on certiorari, is vacated, and the judgment of the trial court, sustaining the general demurrer to the petition, is affirmed. See *Executive Committee of the Baptist Convention* v. *Wardlaw*, 180 *Ga.*

*Judgment affirmed. Jenkins, P. J., and Stephens and Sutton, JJ., concur.*

DECIDED FEBRUARY 7, 1935.

*W. Frank Smith Jr.,* for plaintiff.
*Haas, Gambrell & Gardner,* for defendant.